IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:14CV545

| | |
|---|---|
| JIMMIE L. FORD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| OPTIMUM OUTCOMES, INC., ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

This matter is before the Court upon Defendant's Motion to Dismiss for failure to state a claim. (Doc. No. 5). The Court sent a *Roseboro* notice to the *pro se* Plaintiff on December 8, 2014, setting a response deadline of December 29, 2014 to the Defendant's motion and warning Plaintiff that a failure to respond may result in Defendant's motion being granted. (Doc. No. 8). To date, no response has been filed. The Court has considered Defendant's motion and finds that Plaintiff's Complaint fails to state a claim upon which relief can be granted.

IT IS THEREFORE ORDERED that Defendant's Motion to Dismiss is hereby granted.

Signed: January 9, 2015

Graham C. Mullen
United States District Judge